FILED

AUG 23 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

1. In your complaint, you have named Sgt. Heather Broxton as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Claims of these ~~Negligence~~ ~~Deliberate Indifference~~ ~~Infringement of 5th Amen Right to Remain Silent~~ Deliberate Indifferent, By Denlaining, Denlance Access to Corad Program. ~~Negligent~~ By Infringement of ~~5th Amend~~ Right To Remain Silent, Not Bear Witness Nor Incriminate Self. By her own Assertion Per I.O.C Attached here. Basicly Telling me A Citizen of United States of America to Cooperate w/ outside law enforcement or face Additional 2yrs Confined to Addmin Seggregation with An SThG. desinator. Again Coerce Renunciation And disAssociation is only Avenue for STG to Re-Enter General Population. Which would Allow one to Pursue educational, vocational, Religious Advancements. As entitling one to Certain previlleges such as Contact Visit, Phone Previelces. More Rec-DayRoom Time etc. Ive tried to Go to Corad 4yrs Now to No Avail. So on 2-25-19 Sgt. Broxton Not 1 time ever Advised me who I was headed to See. Nor That failure to Cooperate would Cost me Corad Status. Actually After existing Interrogation SGT Broxton Advised I needed to talk to them or They would Come me life in feds like they did Some other Inmate named Shuk. As I've clearly Stated In Greivences Broxton was Used to Get me Into Room, So I'd Act Impulsively or Incriminate Self or expose Defense I Intend to use. Only Reasoning for said Interrogation. I was Handcuffed Never was Informed or Provided A was out of Room. Then 4-months later Served This I.O.C. This Policy or Procedure Violates my 5th Amend. Right does it Not Infringe on it?? Harm-forced to live in unsanitized Condi Not Allowed to further education, vocational trades, Cold meats-Kept out General Population. Subjected to differential treatments. Legal mail being Open Outside of Presence. Multiple Cell Searches. Mail Gathering outgoing - In coming for

was on call. was badly injured w/out proper med. access to med. care & end. I'm eventually being cut by another inmate, subjected to cleaning up after inmates w/ documented AIDS. Hep C. Want SPN kits. I've caught Hep C while in prison. Spent 7 yrs on High Security No direct sunlight, 9½ years w/out seeing, hearing a Television. 10½ yrs No Contact visits. Never Rec. educational, vocational or even Church services

I've suffered enough injustices due to STG designator & Admin seg. Clearly I.O.C. speaks Volumes as to what being forced on me. Basic & clearly It states when w/ law enforcement - or set in segg. Now law enforcement did not come here w/ offering immunity, downward departure agreements, safety values. No Indictment presented. So only logical explanation was to do harm not good —

Either way SGT H. Broxton played part their willingly, knowingly, intelligently Then & Now!! Particular to A Policy or made up false procedures that directly violate one's assertion or 5th Amend Rgt. Is this Act legal?? Request A Jury in this matter as well as a discovery of STG file, emails between Broxton & Mr. Jay Hart That lead up to collective collaboration in this decision



# INTER OFFICE COMMUNICATIONS
## TEXAS DEPARTMENT OF
## CRIMINAL JUSTICE

**TO:** Offender Ballentine, Garland #1567826

**DATE:** 6/11/19

**FROM:** Sgt. H. Broxton
SECURITY THREAT GROUP OFFICE
A. D. HUGHES UNIT

**SUBJECT:** Disassociation Investigation
Discontinued Notification

This notification is to inform you that your disassociation investigation has been discontinued due to:

_____ The disassociation investigation has been terminated at your request.

_____ It has been determined you are still active in your gang.

__X__ Other: Failure to cooperate with outside law enforcement regarding Aryan Circle investigation.

You will be eligible to resubmit a request to initiate a new Disassociation Investigation one year from this date.

Basically Saying I have No 5th Amend Rights!! Co-operate w/ Law Agency or Never Get Out Admin. Segregation — ~~Infringement on my~~ Rights!!

A Prison Regulation that Infringes on a Prisoners Constitutional Rights must be "Reasonably" Related to legitimate Penological ~~Reason~~ Interest. Several Factors are relevant Determining if Regulation is Reasonable. 1.) Whether a valid-Rational Connection exist between the Regulation and legitimate Interest that Would be Advanced by its enactment. 2.) Whether Alternative means of accessing the Asserted Right would Remain Available. 3.) Whether Accomodation of Asserted Right Would Adversely Affect Guards, Inmates, or Prison Resources. This Serves No Penological Interest —

2. In your complaint, you have named Jay Hart as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

In Cases Including Inherently Dangerous Activities. The employer is often said to have A "nondelegable duty" to See that A Reasonable Care is used to perform The work in A safe Manner. The Duty is Nondelegable In the Sense the Supervisor or employer is liable whenever it is breached, even when Supervisor may have used the Utmost Care to entrust its Performance to A Competent employee. fellow worker etc. To my best Knowledge Mr. Jay Hart Is the Security Threat Group Management Officer. (STGMO) Being Responsibl~ for The Collective Contributory decision Making of discontinuation of my Gang Renunciation And disassociation. (GRAD) Process. Basicly forcing one to Co-operate with law enforcement. ~Informing On Any Const. Rights to Remain~ ~Silent the best witness Against one self. nor Incriminate self.~ OR Be faced with Additional 24 yrs Of Administrative Segregation As I have A (STG) Security Threat Group designator. Having been In Admin Seg. 10 1/2 yrs subjected to Cruel Unal. Punishment. Not Recieving equal Rights As others. Such As Contact visits w/family, educational. Vocational OR ~other~ incentives, phone, Religious Privelages, Im forced to live In Unsanitized Living Conditions. Shower On 3 Section C-Pod 12 build. has black Mold. Served Cold Uncooked food- Spoiled @ Times. Roaches/Rats Infestations. Unclean Dayroom. Rec Areas~ from 8-9-19. Till 8-14-19. Went 5 Days No Clean Towels, Socks, Courts have Held if An Act is deliberate, willful OR with Reckless Disregard for Saftey of Persons Ought To Be A ~fore~ To be decided By Courts & Jury..
~Claims Cruel Unal~ ~Punishment.~ Forced Interrogation. Violation Of ~forth Amend~
8th, 14th, 6th. overbearing will 2-25-19. As well As Resp. for Attatched I-O-C
From 6-11-19. ~I fall under A ~  ~with Directives~ In Mental Health Program

Staged, Corresive, Interrogation  2-25-19.

Resp, collectively decision Makinle. I.O.C. 6-11-19.

" Overbearing will" Refussing to Allow me to Go to GRAD.

Being Only Avenue for SHZ to be Released to Ceeneral Population

Currently denied Theurupatic Diversion, Mental Health

Program due To effects of Prolong exposure To Solitary

Confinement. Duration of 10 1/2 yrs.

Claim~ ~~Negligence~~  I.O.C. speaks for itself, Actions of decision Makers

Handed down By Mr. Tony Hart STGMO. See Attatched I60 Request.

GRAD Criteria/Process Sheet Attatched to 1983.  No where does

It State As Part of Criteria one must work W/ an outside

Agency. Clearly this demonstrates ~~Deliberate Indifference~~.

C'Laim

Being Vindictive, Selective in  who they Allow to Go To

GRAD!!

Denigrin, prolonging One Ability to Go to G.R.A.D Program.



# INTER OFFICE COMMUNICATIONS
## TEXAS DEPARTMENT OF
## CRIMINAL JUSTICE

TO: Offender Ballentine, Garland #1567826

DATE: 6/11/19

FROM: Sgt. H. Broxton
SECURITY THREAT GROUP OFFICE
A. D. HUGHES UNIT

SUBJECT: Disassociation Investigation
Discontinued Notification

This notification is to inform you that your disassociation investigation has been discontinued due to:

_____ The disassociation investigation has been terminated at your request.

_____ It has been determined you are still active in your gang.

___X___ Other: Failure to cooperate with outside law enforcement regarding Aryan Circle investigation.

You will be eligible to resubmit a request to initiate a new Disassociation Investigation one year from this date.

Note: Being Told to either work with law enforcement or set in Admin. Segregation. "Onus" was for me to Get out is Carol Program.

Sign up 1 yr from 6-11-19, means I'm eligible to Re-sign up 6-11-2020 Then I must do a 1-yr Investigation over. So Thats 24 Months of Added Solitary Confinement - When In fact I Been in Admin. Segregation Since Mar. of 2009..

This Interrogation Took Place 2-25-19 Alfred Hughes Unit See Grievance # 2019088782 Attatched to 1983 Complaint. filed on 3-5-19...

'0SGT. Broxton.   Date: 7-17-19.      Cell. C-35
ame: Gearland Ballentine # 1867826

Who is STGIMO Name for Huntsville Over seeing
The decision to discontinue my Gead Inwest Mam ??
so mom can contact'em ..     "Thanks"


Jay Hart


Answered by SGT. Broxton!

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

3. In your complaint, you have named Vickie Cundiff as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Claim action: Deliberate Indifference, Gross Negligence..

Acts: On 3-5-19 I filed Step 1 Grievance # 2019088728 followed by Step 2 # 2019086772 Both Are Attached To This document. These Two Are based solely from Stated, Coercive forced Indoctrination that took Place on 2-25-19. @ the Alfred Hughes Mental Health Program. On 6-11-19 I'm Served I-D-C. thats Attached To Document of STG no Jms Harris Complaint. I Then Attempted To exhaust My Admin Remedies By Appealing decision to discontinue Gang Renunciation And dis-Association Program. A whole Diff Issue Then Grievance # 2019088728 That took Place In February of 2019. So A Grievance filed on March 5, 2019. As no Possibility to be Redundant to An Issue Arising In June 11-2019. To Assert Such Claims is False, Misleading & An deliberate Act.. Only to Promote An Act of Deliberate Indifference, Negligence of one who did Not exercise due diligence. Plaintiff Alleges This Act As A means To derive, Prolong or hinder his efforts to Pursue A legal Claim. As well As Creates lost Opportunity. Which holds Mrs Cundiff liable For Negligence that deprived me of chance to Obtaining Some type of Appeal or Redress to Grievance # 2019139091. As well of 2019142775 Denied to Process under fraudulent Claims of Redundancy Reference to A Grievance filed In March 2019. That has Nothing To do W/Appeal of discontinuation of Legal Process In June 2019. Her failure To Act Caused Irreparable Harm As I'm Now Time Barred. As Clearly 15 days has expired. Thus I'm afforded No Rights To Appeal, Due To Unpressed Grievances". Her Actions Are Deliberate, False, Misleading And Gross Negligent Exposing Due To Two More Yrs of Cruel Unu, Punishments— Request A Jurys Trial In This Matter!!

Palmer V. Johnson 193 F.3d. 346 (5th Cir 1999)

Grievance forms Attached. 3-Pgs

12.0.71

**Texas Department of Criminal Justice**

## STEP 1 | OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2019088782

Date Received: _____

Date Due: 4-14-19

Grievance Code: 211

Investigator ID #: IZ387

Extension Date: _____

Date Retd to Offender: APR 1 1 2019

Offender Name: Copeland Ballentine III   TDCJ # 1567826

Unit: Alfred Hughes Unit   Housing Assignment: A-25  12 Build.

Unit where incident occurred: Alfred Hughes Unit

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? STG, OIG, ATF, Feds, Drug Task Force.   When? 3-15-19

What was their response? Interrogation, Coercive, Staged Environment

What action was taken? My Rights Violated by TDCJ employees.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

First I Am In A Psych program, Been In Ad Segg 10 1/2 yrs... At No Time
Should I be Questioned Wout Counsel. Low IQ, Low educational level.
I experienced Anxiety while In Room full of people. This Interrogation Consisted
of a Staged environment in OIG Comps, even being entrapped to begin with
2) I was not even Notified of what I was walking into or Asked if I wanted
to talk to these people. STG Sutherland Rolled up- popped slot- told me
step out. As if One don't comply I lose my Coord status. So I was
forced to exit Cell. Then Handcuffed & Placed In A Room With All These
People Present. I'm experiencing Sleep deprivation due to FACT- these
Individuals tried to get me to Incriminate My self. The whole ordeal was
A Coercive Atmosphere And Staged. I'd like to have Names of All
Individuals In Room, the Agency they work For, why was I not told At
Cell Front what was going On, I was not given an Option At All...
I did not fully Comprehend what was going on, Tardes me A Min to grasp
Things, All this was specifically to elicit Incriminating Responses from me.
Even tho I displayed An Unequivocal Assertion of Right to Remain Silent.
Interrogation ended, Came Drug Task Force dude even said- I was Agitated & Communication
was getting No where. You people Clearly Have Taken Advantage of my
Disabilities: Clearly to be In Mental Health program: I suffer a denial of
Equal Protections: TDCJ & These officers Clearly have Violated these Rights.
- even t Been Around that Many People Since 9-13-08

N/A

---

COPY

Appendix F

N/A

Action Requested to resolve your Complaint. I'd like Copy of paper I 1/2 Signed. Also Names of People involved In this Interview & Agency They Represent. Why was = Not given A Chance to go over This?

Offender Signature: _Greenwd Ballentine III_   Date: _3-4-19_

**Grievance Response:**

THE INVESTIGATION REVEALED THAT ON THE DAY IN QUESTION YOU WERE <u>ESCORTED</u> BY OFFICER M. SOUTHERLAND AND <u>SGT. H. BROXTON</u> TO SPEAK WITH OUTSIDE LAW ENFORCEMENT. YOU WERE <u>NOT</u> <u>INTERVIEWED BY STG</u> STAFF AT ANYTIME THAT DAY.  NO FURTHER ACTION WARRANTED.

Signature Authority: _____   Date: _4-10-19_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><u>2nd Submission</u></td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td><u>3rd Submission</u></td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

COPY

Appendix F



Waive time frame

**Texas Department of Criminal Justice**

## STEP 2   OFFENDER
### GRIEVANCE FORM

Offender Name: _Garland Ballentine_   TDCJ # _1567826_
Unit: _Alfred Hughes Unit_ Housing Assignment: _C-35   12 bunk_
Unit where incident occurred: _Alfred Hughes Unit, Gatesville TX._

**OFFICE USE ONLY**
Grievance #: _2019088782_
UGI Recd Date: _5-21-19_
HQ Recd Date: MAY 2 8 2019
Date Due: _10-30_
Grievance Code: _211_
Investigator ID#: _12704_
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

It doesnt Address, Nor Answer the Step One @ All.. However It does Validate - The Staged Coercive Interrogation Tdcj played part In. 1.) By Admittance STG escorted me.. Hughes Unit has escort Bosses for That, does it Not ?? STG Bruton Them was used As element to get me Out Cell Knowing I wouldn't Refuse to Come out - If They Came to door. (Due To (Gang) Invest) Step One does Not even Answer Who All was In Room Nor What Agency They Represented - Being they are Not on employee Roster in law Library, - Need to obtain Names of Individuals As well As Agency They Represented In order To proceed In 1983 Complaint. As Step One Clearly States My Constitutional Rights were In fact violated, I was Not equally protected while In Tdcj Custody.

N/A

Appendix G



Offender Signature: _Greeland Ballenthue II_                  Date: _4·21·19_

Grievance Response:

Step 1 has addressed your concerns. No further action warranted.

M. Lewandowski, PSI, Offender Grievance

Signature Authority: _____          Date: _6/6/19_

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

<table>
<tr><td colspan="2" align="center">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>CGO Initials: _____</td></tr>
<tr><td colspan="2">Date UGI Rec'd: _____</td></tr>
<tr><td colspan="2">Date CGO Rec'd: _____</td></tr>
<tr><td colspan="2">(check one) ____ Screened ____ Improperly Submitted</td></tr>
<tr><td colspan="2">Comments: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-128 Back (Revised 11-2010)

COPY

Appendix G



**Texas Department of Criminal Justice**

12C-35

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Garland Ballentine_ ### TDCJ # _1567826_

Unit: _Alfred Hughes Unit_ Housing Assignment: _C-35_

Unit where incident occurred: _Alfred Hughes Unit_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _LT. VAAS,_ When? _6-12-19_

What was their response? _He'd Notify SGT BROXTON, I Need to See her._

What action was taken? _None._

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 2-25-19 I WAS pulled out By SGT BROXTON & C.O. Sutherland. AT First I Thought It was Cell search. Anyhow I'm taken to Room be Staged Interrogation. See grievance # 2019088782. Thing is Now All of Sudden 6-11-19. I Rec I-O-C. Saying my Grand Invest been "Discontinued. Due to "other" Failure To Cooperate with Out-Side law enforcement. "First" I've Been In-Active for Yrs, I Answered Their Questions In Regards to myself! Sorry If it was Not What They wanted to hear. Second- I have A 5th Amendment Constitutional Right. One should Not be Compelled In Any Criminal Case to be witness Against him self. A Right To Remain Silent, Not To Incrim One's Self. I Had No lawyer present & Answered Questions Against My will As To discontinue my Step Invest Without having been found to be "Active - Is Unlawful." As I've Attached Grand Criteria & process to this Step 1. No Where on There does it State One must Cooperate with law enforcement of Outside Agencys. Nor was I Informed of Such by Neither SGT. BROXTON Or Sutherland. Like I said I was Not even Informed who I was going to See, So I was blind sided by Same Individuals who Now Are violating my Constitutional Rights. I Been In Segg 10½ Yrs, every Time I Sign up for Grad 4 yrs Now- every time I Get Kicked off for Nonesense. A Pattern has developed here folks! Its Cruel, Unn- usual Punishment, Violating due process of law. As well as my 5th Amend Right. I Need the Steimo _____ to File A 1983 on SGT BROXTON & Steimo. As well as Tdcj. I've done Nothing to warrant to be Terminated from Grad Invest, Clearly Courts have held One has 5th Amend Rights. I've been Subjected to Differential treatment By being Moved more Then Others, have had My legal Mail opened Outside of my presence

COPY

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** JUN 21 2019 (OVER)

Appendix F

Have had my Mail tossed about on step desk & forgotten to be Mailed out for 2 weeks at a time, subjected to Multiable cell searches, Always have I Complyed w/stcs Regulations, Followed criteria to best of my knowledge, I could've made up lies to officers, yet I'm not that type of person. The whole point of that strong corrosive custodial interrogation was 1) to get me to incriminate myself. 2) see what type of defense I had 3) force me to lie on others or my self to appease their Assumptions. That interview violated my rights. As this I-O-C, And discontinuation of good does.. Please Return Grand process (Theft thats Attached to step) when it processed, I'll need to have copies made by law library, or lawyer. Thanx.

JUN 21 2019

**Action Requested to resolve your Complaint.** Please Close Out my Invest, like it suppoed to be  provide me with the gov. Name of stc/mo officer who Made this Com - so I can file suite...

Offender Signature: _Montrel Bradley Hill_  Date: _6-13-19_

Grievance Response:

Signature Authority: _____  Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:       *Resubmit this form when the corrections are made.**

☑ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # _2019088782_
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _Vicki Cundiff   Vicki Cundiff_
_UGI II_

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission   UGI Initials: _VC_ | |
| Grievance #: _2019139091_ | |
| Screening Criteria Used: _#1, #9_ | |
| Date Recd from Offender: _JUN 21 2019_ | |
| Date Returned to Offender: _JUN 21 2019_ | |
| 2nd Submission       UGI Initials: _____ | |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission       UGI Initials: _____ | |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

4.   You indicate you were forced into an interrogation. Did you comply with the interrogation? If not, what was the consequence of your failure to answer questions?

SGT Braxton Came to my Cell front Accompined By C/o Sutherland On 2-25-19... Which my Slot was Polled- I was Told to Step Out. Which I Complied As I have for Numerous Cell Searches Past, Present. As All Prisoners know who are STG- or Part of Cored Invest. To Refuse would be to discontinue Invest. As Stated In Grievance I was not Advised Whom I was headed to talk to @ Cell front. So I was totally unaware Nor Asked if I wanted to Go Talk to Anyone Much less A Task force - Multi Agencies. Altred Hutcher has escort Bosses. Which SGT. Braxton Nor C/o Sutherland are A Part of. Clearly They was Sent To Get me for One Purpose (Past Behavior demonstrated I would Come out Cell) esp for STG. Cell Searches As Part of Cored Process. So I enter A Room - O.I.G. is @ A Table. Out of Corner of my eye - I see Room Start to fill up. People with fatweald Clothes, long hair, Tattoos, etc. In Which I'm Anxious Now haven't not Been In Room w/ that Many folks in over 10 yrs. I suffer from Anxiety. I'm Currently Then & Now In A Mental Health Program due to effects of long Term Isolation. 10½ yrs Solitary Admin. Seccerceration w/ STG designated. Only way Out of Seg. for me is Thru Cored Program. ~~So Yes I was More or less forced Into A Stressed Corrosive Atmosphere over bearing My sigh~~ I was In Restraints And Never Advised I Could Get up & leave. Was Read my Rights Partly Signed A Waiver. Answered Questions to my best Ability & Still Don't know effects till federal Indictment is Handed down. However As Consequence To Not telling them what They wanted to hear 4-Months later I'm delivered I.O.C. ~~failure to cooperate~~ w/ outside law enforcement Has Cost me 2 yrs of More Admin Seccerceration If Not more. Basicly Saying Incriminate Myself, lie on others, Have No Right To Remain Silent or Be forced w/ cruel unun, Punishment of Add Seg. No Right To educational, vocational Advancements, Rec, Phone, Contact Visits, No Jobs- unsanitized living Conditions Which offenders C-Pod. Play to Strike now-

Violent Confrontations. Each A Prisoner Neg showers Days on end
In Clean Nec. Such As Towels, Socks. Feces/urine On Rec Area.
Black Mold 3sec-1Row Shower C-Pod-12build. Which is Deadly.

I'm Unable to Obtain Names of Interrogators or Agencys they
Represent - Due to Grievances Not Fully Answered or Addressed.

Clumens Sir- The Tactical Policies That Says one must Co-operate
Against one Self or Others or Set In A Seg6 Cell. Is Unconstitutional
A Barbaric Act In it Self. My God Whos to Says folks are
Not Maybe Cluff up to Add to Their Creedibilitys or Access to
equal Rights of Other Prisoners. Please I Beg6 Courts To
Intervene & Have A Jury hear This Case.

Have Placed Several Sick Call Request - Can't breath C Times. Due to
Hrs-Hrs of Chemical Agents used Around My Cell. Inmates burn Photos
matt Covers, Trass- To Cell officers Attention. To where Those In
Population Move Around Freely- Those in Cages, cells Set fires to get
Attention of Cameras or officers. Suffer Bad Anxiety when Chemical
Agents-Spraed Scared Im in My Cell - Asphyxiation last Month Bron
Inmate Chambers C-42 cell Gassed, Robertson C-30 Gassed, Watson C-37 Gassed
Ins Cell used in Day Room C-7a Cell. 58 cell Gassed - I've endured 10+
Hrs of Constant Gas - No Air Flow In 12 build - Unless Picket cycle
Air -Which they Punish Us when hurtful to do use of force By
Not Turning it on- All while They have Gas mask.

5.    Plaintiff is to include the following declaration at the end of his more
definite statement:

I declare, under penalty of perjury under the laws of the
United States of America, that the foregoing is true and
correct.  Title 28 U.S.C. Section 1746.  Signed this _19th_ day
of _August_ , 2019.

_Copeland W. Ballentine III_
**Signature of Plaintiff**   #1567826

**SIGNED** on August 12, 2019

_Alan D Albright_

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

Judge Sir - Requesting to be Placed Back In General Population or
Sent to G.R.A.D. Program    All Add Seceg 12 builds Are Same.
Shipping me off This Unit To Another does not Address the Issues.
Unless I'm Released to Population or Sent To Cordel.

6

IN THE UNITED STATES DIST. COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION.

Coarland Wayne Ballentine 1868826

**RECEIVED**

V.

AUG 2 3 2019

SGT. Heather Broxton. et al.

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

J-19-CA-459-ADA.

BY_____
DEPUTY CLERK

Dist Clerk. Mam/Sir  Would You See That Courts Note.
I In Fact Answered Courts Questions & Returned Them By
9-11-19.  Thus Documents Obtain more definite Statements  with
Validated Attatchments to Said Claims!!

Please Ensure Said Documents Reach  United States District
Judge Alan D. Albright.

Sincerely. August 19. 2019.

Thank You. Sincerly. Coarland W. Ballentine III
# 1868826
Alfred Hitches. Mental Health
3201 Fm 929
Ceatesville Tx 76597

(12 pages In All )
plus 1 motion.

1- motion Reconsideration Appointment Of Counsel To Judge Alan D. Albright
please file on my behalf!  Thanks.

MR. Copeland Ballentine 15078826
Alfred Hulches Mental Health Program.
3201 Fm 929
Ceaesville TX 76597

Austin P?

TUE 20

Clerk, U.S. District
Western District of
United States Courthous
800 Franklin Ave.
Waco TX. 76701

legal mail